# ELECTRONIC RECORD

COA #   01-13-00698-CR          OFFENSE:   22.021 (Agg Sex Assault)

STYLE:   Eber Martinez v. The State of Texas          COUNTY:   Fort Bend

COA DISPOSITION:      AFFIRM          TRIAL COURT:   268th District Court

DATE: 10/07/2014          Publish: YES   TC CASE #:   12-DCR-060497

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Eber Martinez v. The State of Texas          CCA #:   1487-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: _____01/14/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD